721 S.E.2d 429

**In the Matter of Richard M. LOVELACE, Jr., Petitioner.**

Supreme Court of South Carolina.

Jan. 10, 2012.

## ORDER

### JEAN H. TOAL, CHIEF JUSTICE

Respondent was suspended on October 10, 2011, for a period of ninety (90) days. He has now filed an affidavit requesting reinstatement pursuant to Rule 32, of the Rules for Lawyer Disciplinary Enforcement contained in Rule 413, SCACR.

The request is granted and he is hereby reinstated to the practice of law in this state.

HEARN, J., not participating.